IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN C. MIDWINTER,

    Plaintiff,

vs.                                                                         Case No.:1:09-CV-133-SPM/AK

XTRA LEASE INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice (doc. 44) and Federal Rule of Civil Procedure 41(a)(1), the case against Defendant Xtra Lease Inc. is **dismissed with prejudice** and Defendant Xtra Lease Inc. will be terminated from this lawsuit. However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either the Plaintiff or Defendant Xtra Lease Inc. may move to reopen this matter for good cause shown. Each party shall bear its own costs and attorney fees.

DONE and ORDERED this <u>twenty-fourth</u> day of September, 2009.

                                                    *s/ Stephan P. Mickle*
                                                    Stephan P. Mickle
                                                    Chief United States District Judge