IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN C. MIDWINTER,

    Plaintiff,

vs.                                                1:09-CV-133-SPM/AK

MICHAEL WEARY, et al.,

    Defendants.

_____/

## AMENDED ORDER EXTENDING TIME FOR DISCOVERY

**THIS CAUSE** comes before the Court upon Parties' Joint Motion for an Extension of Time for Discovery (doc. 18), filed November 2, 2009. As grounds for the motion, the Parties' state that discovery has been delayed because of a mis-communication.

The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion (doc. 18) is *granted*.

2.    Discovery shall remain open until March 1, 2010.

3.    The Court shall enter a new scheduling order, setting forth new dates for mediation and trial, in accordance with the extended

discovery deadline.

**DONE AND ORDERED** this <u>twenty-third</u> day of November, 2009.

<span style="margin-left:2em">*s/ Stephan P. Mickle*</span>
Stephan P. Mickle
Chief United States District Judge